JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6392          Fax:  (510) 238-6500
Email: arosen@oaklandcityattorney.org
27586/764269

Attorneys for Defendants
CITY OF OAKLAND, et al.

JOHN  L. BURRIS, Esq. – State Bar #69888
BENJAMIN NISENBAUM, Esq. – State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200          Fax: (510) 839-3882
Email: johnburris@johnburrislaw.com
           bnisenbaum@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEFINA ESCAMILLA, JOSE FERNANDO ESCAMILLA, and MAE and RFE minors, by and through their guardian ad litem, JOSEFINA ESCAMILLA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; Oakland Police Sergeant GLOCK; Oakland Police officer EDINGER; Oakland Police officer CRABTREE; Oakland Police officer PAPPAS; and DOES 1 through 15, inclusive,<br><br>Defendant(s). | Case No.  C-10-03334 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE** |

All parties to this action stipulate and agree, by and through their respective

counsel, to continue the settlement conference presently set for March 2, 2011 before Magistrate Judge Joseph C. Spero, as follows:

1. The parties have not yet been able to schedule the depositions of key parties and witnesses, thus significantly impairing their ability to evaluate this case and participate in a meaningful settlement conference

2. Plaintiff's counsel, Benjamin Nisenbaum, is currently in trial in Sacramento and defense counsel, Arlene Rosen, will be attending a previously scheduled training program on March 2, 2011.

Therefore, the parties respectfully stipulate and request that this Court extend the time for completion of the settlement conference set for March 2, 2011 to a date in June or July, 2011, subject to availability of Magistrate Judge Spero and counsel.

DATED: February 28, 2011        OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: ____/s/_____
Attorneys for Defendants
CITY OF OAKLAND, et al.

DATED: February 28, 2011        LAW OFFICE OF JOHN L. BURRIS

By: ____/s/_____
Benjamin Nisenbaum
Attorney for Plaintiff

**ORDER**

Good cause appearing therefor, it is HEREBY ORDERED that the Settlement Conference set for March 2, 2011 be continued to _____June 1_____, 2011. Settlement Conference Statements sahll be due by May 18, 2011.

Dated: ___March 3___, 2011        _____
United States Magistrate Judge
Judge Joseph C. Spero

## PROOF OF SERVICE
## Escamilla v. City of Oakland
## U.S.D.C. No. C10-03334 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is One Frank H. Ogawa Plaza, 6th Floor, Oakland, California  94612.  On the date shown below, I served the within document:
**DEFENDANTS'**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

John Burris, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA   94621
(510) 839-5200
(510) 839-3882

   I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

      Executed on October          , 2010, at Oakland, California.

_____
Deborah Walther