JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA ESCAMILLA, JOSE FERNANDO ESCAMILLA, and MAE and RFE, minors, by and through their guardian ad litem, JOSEFINA ESCAMILLA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; Oakland Police Sergeant GLOCK; Oakland police officer EDINGER; Oakland police officer CRABTREE; Oakland police officer PAPPAS; and DOES 1 through 15, inclusive,<br><br>Defendants.<br>_____/ | Case No. C **10-3334** CRB<br><br>**STIPULATION AND (PROPOSED) ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**STIPULATION**

WHEREAS Plaintiffs filed a Complaint in the instant-matter on July 29, 2010;

WHEREAS the filed Complaint fails to identify any individual defendant by their first name or first initial;

WHEREAS the filed Complaint fails to identify that the individual defendants are being sued in their individual capacities;

WHEREAS the filed Complaint inaccurately identifies Defendant EDINGER as an Oakland Police Department officer;

WHEREAS the filed Complaint does not identify an Oakland Police Department Officer, Robert Supriano, who is integral to the subject-incident;

WHEREAS counsel for Defendant CITY represents in good-faith that Defendant Sergeant GLOCK had no personal involvement in the subject-incident until after Plaintiffs had been detained and/or arrested, and did not participate in the use of force against or arrest of any Plaintiff, the parties hereby stipulate as follows:

Plaintiffs will file a First Amended Complaint correcting each of the above-noted errors and inaccuracies, and set forth the specific acts of each named Defendant more clearly.  Defendant GLOCK is dismissed as a defendant in this action, without prejudice.  Should subsequent discovery show that Defendant GLOCK was an integral participant in the use of force against and/or arrest and/or detention of Plaintiffs, Plaintiff shall move the Court to file a Second Amended Complaint identifying Sgt. GLOCK as a defendant in this action.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  May 10, 2011

By: */s/ Benjamin Nisenbaum*
Benjamin Nisenbaum
**THE LAW OFFICES OF JOHN L. BURRIS**
Attorney for Plaintiffs

///
///
///
///
///

Dated: May 10, 2011

John A. Russo, City Attorney
Randolph W. Hall, Chief Assistant City Attorney
William E. Simmons, Supervising Trial Attorney
Arlene M. Rosen, Senior Deputy City Attorney

/s/ *Arlene M. Rosen*

Arlene M. Rosen
Attorney for Defendants
CITY OF OAKLAND, et al.

### (PROPOSED) ORDER

PURSUANT TO THE PARTIES' STIPULATIONS, Plaintiffs shall file a First Amended Complaint conforming to the parties' stipulation herein, within 20 days from the issuance of this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 17, 2011

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND (PROPOSED) ORDER TO AMEND COMPLAINT
Case No. C 10 0334 CRB

3