1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5
   Attorneys for Defendant
6  PATRICK EDDINGER

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSEFINA ESCAMILLA, et al.,
                                          Case No. C 10-03334 CRB
12       Plaintiffs,

13 v.                                     **ORDER EXCUSING PATRICK EDDINGER
                                          FROM SETTLEMENT CONFERENCE**
14 CITY OF OAKLAND, et al.,
                                          **Conference Date:**  December 13, 2011
15       Defendants.                      **Time:**             9:30 a.m.
                                          **Courtroom:**        A, 15th Floor
16                                        **Magistrate Judge:** Hon. Joseph C. Spero

17       Upon application by defendant PATRICK EDDINGER, it is hereby ordered as follows:

18       PATRICK EDDINGER is hereby excused from attending the Settlement Conference in this

19 action scheduled for December 13, 2011.  Outside claims adjuster Diane Caravello of George Hills Co.

20 will attend the Settlement Conference on behalf of defendant EDDINGER and his employer, the Twin

21 Cities Police Authority.

22       **IT IS SO ORDERED.**

23 Dated: ~~November~~ December _2_, 2011

24                                        _____
                                          THE HONORABLE JOSEPH C. SPERO
25                                        United States District Court
                                          Magistrate Judge

---

1

ORDER EXCUSING PATRICK EDDINGER FROM SETTLEMENT CONFERENCE