1  BARBARA J. PARKER, Acting City Attorney - State Bar #69722
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-6392          Fax:  (510) 238-6500
   27586/898943
5
6  Attorneys for CITY OF OAKLAND Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA ESCAMILLA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.<br><br>Defendant(s). | Case No.  C-10-03334 CRB(JCS)<br><br>ORDER EXCUSING C. CRABTREE, W. PAPPAS and R. SUPRIANO FROM SETTLEMENT CONFERENCE<br><br>Date:     December 13, 2011<br>Time:    9:30 a.m.<br>Place:   G, 15th Floor |

Upon application by defendants CHRISTOPHER CRABTREE, WILLIAM PAPPAS, and ROBERT SUPRIANO, it is hereby ordered that said defendants are hereby excused from attending the settlement conference in this action.  Defense counsel will attend on behalf of said defendants and with settlement authority.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero