Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
PATRICK EDDINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA ESCAMILLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No.: C 10-03334 CRB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each party to bear its own fees and costs, pursuant to FRCP 41(a)(i).

                                              THE LAW OFFICE OF JOHN BURRIS

Dated: March 9, 2012                By: */s/ Benjamin Nisenbaum*
                                               Benjamin Nisenbaum
                                               Attorneys for Plaintiffs
                                               JOSEFINA ESCAMILLA, JOSE FERNANDO ESCAMILLA, and MAE and RFE minors, by and through their guardian ad litem, JOSEFINA ESCAMILLA

                                               BERTRAND, FOX & ELLIOT

Dated: March 9, 2012                By: */s/ Richard W. Osman*
                                               Richard W. Osman
                                               Attorneys for Defendant
                                               PATRICK EDDINGER

Dated: March 9, 2012                By: */s/ Arlene M. Rosen*
                                               Arlene M. Rosen
                                               Attorneys for Defendants
                                               CITY OF OAKLAND, W. PAPPAS, C. CRABTREE and R. SUPRIANO